# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| **ILIRIAN BALLA,** | **CASE NO. 3:21-cv-638 (AWT)** |
| **Plaintiff,** | |
| **v.** | |
| **WILLIAM C. DAWSON** *d/b/a* **DOUBLE D TRUCKING,** | |
| **Defendant.** | |

## JUDGMENT

This action came before the Court for a trial by jury before the Honorable Alvin W. Thompson, United States District Judge, after being previously referred to the Honorable Robert A. Richardson, United States Magistrate Judge, for a settlement Conference on July 24, 2023.

On August 22, 2024, the Honorable Robert A. Richardson, United States Magistrate Judge, made an entry on the Docket that the case did not settle.

This case went to trial on September 24, 2024 for damages only.

The issues having been duly tried, the jury returned its verdict on September 26, 2024 in favor of plaintiff Ilirian Balla in the amount of $16,863.17 for Past Economic Damages (Medical Bills), $20,100.00 for Past Economic Damages (Lost Wages), $280,000.00 for Future Economic Damages (Surgery), and $533,036.83 for Non-Economic Damages; Total Damages in the amount of $850,000.00 against defendant William C. Dawson, d/b/a Double D Trucking.

It is therefore;

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in

favor of plaintiff Ilirian Balla and against defendant William C. Dawson, d/b/a Double D

Trucking, for total damages in the amount of $850,000.00, and this case is closed.

Dated at Hartford, Connecticut, this 27th day of September, 2024.


DINAH MILTON KINNEY, Clerk


By  /s/ Linda S. Ferguson
 Linda S. Ferguson
 Deputy Clerk

EOD:  8/27/2024